BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JAMES L. TUCKER, | Civil No. 2:13-cv-02185-EFB |
| Plaintiff, | **STIPULATION AND** ~~PROPOSED~~ **ORDER TO EXTEND TIME** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time by 60 days, to June 27, 2014, for Defendant to file either a Stipulation to Remand, or her Opposition to Plaintiff Motion for Summary Judgment, according to the Court's Scheduling Order ("Order").  This is Defendant's first request for an extension.  This extension is requested because the parties are engaged in extended settlement negotiations.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

/////

/////

Stip Extend; 2:13-cv-02185-EFB          -1-

|   |   |   |
|---|---|---|
|   | Respectfully submitted, |   |

Date: *April 28, 2014*       Campbell & Clark

                           By:   */s/ Robert N. Campbell*\*
                                ROBERT N. CAMPBELL
                                *By email authorization

                                Attorney for Plaintiff

Date: *April 28, 2014*       BENJAMIN B. WAGNER
                                United States Attorney
                                DONNA L. CALVERT
                                Acting Regional Chief Counsel, Region IX,
                                Social Security Administration

                           By:   */s/ Paul Sachelari*
                                PAUL SACHELARI
                                Special Assistant United States Attorney
                                Attorneys for Defendant

                                <ins>ORDER</ins>

    APPROVED AND SO ORDERED.

DATED:  May 2, 2014.

                                _____
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE